IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV304-RJC-DSC

| | |
|---|---|
| SCHAEFER SYSTEMS INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LPC SYSTEMS, INC., et. al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Application[s] for Admission to Practice Pro Hac Vice [for David J. Guarnieri and Stephen G. Amato]" (documents ##2 and 3) filed July 24, 2009. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 27, 2009

David S. Cayer
United States Magistrate Judge